UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN BUILDINGS COMPANY and ) <br> THE UNITED STATES FOR THE USE ) <br> AND BENEFIT OF AMERICAN ) <br> BUILDINGS COMPANY ) <br>       Plaintiffs, ) <br> V. ) <br> ) <br> PDS ENGINEERING & ) <br> CONSTRUCTION, INC., THE WHITING- ) <br> TURNER CONTRACTING COMPANY, ) <br> FIDELITY AND DEPOSIT COMPANY ) <br> OF MARYLAND, ZURICH AMERICAN ) <br> INSURANCE COMPANY, and LIBERTY ) <br> MUTUAL INSURANCE COMPANY, ) <br>       Defendants. ) | CIVIL ACTION NO.:_____ <br><br> COMPLAINT <br><br> JURY TRIAL DEMANDED <br><br><br><br><br><br> AUGUST 27, 2015 |

## **COMPLAINT**

COME NOW Plaintiffs, American Buildings Company and The United States for the use and benefit of American Buildings Company (collectively "ABC"), and file this Complaint against Defendants, PDS Engineering & Construction, Inc. ("PDS"), The Whiting-Turner Contracting Company ("Whiting-Turner"), Fidelity and Deposit Company of Maryland ("Fidelity"), Zurich American Insurance Company ("Zurich") and Liberty Mutual Insurance

Company ("Liberty Mutual") (collectively "Defendants"), respectfully showing the Court as follows:

## PARTIES

1.     Plaintiff ABC is a Delaware corporation with its principal place of business located in Eufaula, Alabama.

2.     Defendant PDS is a Connecticut corporation with its principal place of business located at 107 Old Windsor Road, Bloomfield, Connecticut 06002 and is subject to the jurisdiction of this Court.

3.     PDS may be served with a copy of the Summons and Complaint through its registered agent for service of process, Dennis C. Cavanaugh, at Robinson & Cole, LLP, 280 Trumbull Street, Hartford, Connecticut 06103.

4.     Defendant Whiting-Turner is a Maryland corporation with its principal place of business at 300 E. Joppa Road, Baltimore, Maryland and is subject to the jurisdiction of this Court.

5.     Whiting-Turner may be served with a copy of the Summons and Complaint through its registered agent for service of process, CT Corporation System, located at One Corporate Center, Hartford, Connecticut 06103.

6. Defendant Fidelity is a Maryland corporation with its principal place of business at 1400 American Lane, Tower I, 18th Floor, Schaumburg, Illinois 60196 and is subject to the jurisdiction of this Court.

7. Fidelity may be served with a copy of the Summons and Complaint at its principal place of business located at 1400 American Lane, Tower I, 18th Floor, Schaumburg, Illinois 60196.

8. Fidelity may be additionally served with a copy of the Summons and Complaint by service upon Katharine L. Wade, Insurance Commissioner for the State of Connecticut located at 153 Market Street, 7th Floor, Hartford, Connecticut 06103

9. Defendant Zurich is a New York corporation with its principal place of business at 1400 American Lane, Tower I, 18th Floor, Schaumburg, Illinois 60196 and is subject to the jurisdiction of this Court.

10. Zurich may be served with a copy of the Summons and Complaint at its principal place of business located at 1400 American Lane, Tower I, 18th Floor, Schaumburg, Illinois 60196.

11. Zurich may be additionally served with a copy of the Summons and Complaint by service upon Katharine L. Wade, Insurance Commissioner for the State of Connecticut located at 153 Market Street, 7th Floor, Hartford, Connecticut 06103

12. Defendant Liberty Mutual is a Massachusetts corporation with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts 02116 and is subject to the jurisdiction of this Court.

13. Liberty Mutual may be served with a copy of the Summons and Complaint at its principal place of business located at 175 Berkeley Street, Boston, Massachusetts 02116.

14. Liberty Mutual may be additionally served with a copy of the Summons and Complaint by service upon Katharine L. Wade, Insurance Commissioner for the State of Connecticut located at 153 Market Street, 7th Floor, Hartford, Connecticut 06103

## JURISDICTION AND VENUE

15. The Court has subject matter jurisdiction over ABC's payment bond claim pursuant to 40 U.S.C. § 3133(b)(3).

16. The Court has jurisdiction over ABC's remaining claims pursuant to 28 U.S.C. § 1367 as these claims are so related to the payment bond claim as to form the same controversy.

17. Venue is proper in this Court.

**FACTUAL ASSERTIONS**

18. ABC is a manufacturer of pre-engineered metal building systems with its principal place of business in Eufaula, Alabama.

19. Upon information and belief, the United States Army entered into a contract with Whiting-Turner to construct and erect an improvement to real property known as the CSMS Facility located at Camp Hartell in Hartford County Connecticut (the "Project"). Whiting-Turner's scope of work under the contract included the supply of certain metal building systems and related components for the Project.

20. On September 4, 2013, Whiting-Turner and Fidelity, Zurich and Liberty Mutual jointly issued Payment Bond No. 09134435/017150541 (the "Payment Bond") for the protection of subcontractors and material suppliers providing labor and material to the Project. A true and correct copy of the Payment Bond is attached hereto as Exhibit "A" and incorporated herein by reference.

21. Whiting-Turner entered into a subcontract with PDS which included the supply of certain metal building systems and related components for the Project.

22. On or around December 17, 2013, PDS and ABC entered into a Purchase Order contract (the "Purchase Order") for the design and supply of certain metal building systems and related components for the Project. A true and correct copy of the Purchase Order is

5

attached hereto as Exhibit "B" and incorporated herein by reference.  The total purchase price of the metal building system material was $1,217,802.00, exclusive of tax.

23. PDS and ABC subsequently entered a Change Order for the job which increased the purchase price to $1,312,548.00, exclusive of tax.  A true and correct copy of the Change Order is attached hereto as Exhibit "C" and incorporated herein by reference.

24. ABC designed and fabricated the metal building systems and related components and shipped the material to the Project.  Concurrent with delivery, ABC invoiced PDS for the material delivered to the Project.

25. The material supplied to the Project by ABC pursuant to the Purchase Order, was contemplated by Whiting-Turner's contract with the U.S. Army and was incorporated in and erected on the Project.

26. Despite ABC supplying the metal building systems and related components and otherwise satisfying all conditions precedent to payment, PDS failed to pay $126,219.07 owed for material supplied to the Project.

27. PDS's failure to pay for the material constitutes a breach of the Purchase Order contract.

28. As a result of PDS's breach, ABC has been damaged in the principal amount of $126,219.07, plus interest accruing at the contractual rate of 1½% per month through

August 22, 2015 in the amount of $22,719.36; interest continuing to accrue after August 22, 2015 in the monthly amount of $1,893.28; and costs, attorneys' fees and litigation expenses.

29. ABC transmitted timely notice to Whiting-Turner of PDS's failure to pay for the material which satisfied the requirements of 40 U.S.C. § 3133; files this suit within one year of the date of last supply of material to the Project; and has otherwise satisfied all conditions precedent to bringing this action.

## COUNT I
## PAYMENT BOND – WHITING-TURNER, FIDELITY, ZURICH AND LIBERTY MUTUAL

30. ABC restates and incorporates herein by reference paragraphs 1 through 26 of its Complaint as if fully restated herein.

31. Whiting-Turner and Fidelity, Zurich and Liberty Mutual jointly issued the Payment Bond to secure payment to subcontractors and material suppliers providing labor and material to the Project.

32. ABC provided material to the Project pursuant to its Purchase Order contract with PDS for which the Payment Bond secured payment.

33. The material provided by ABC was erected on and incorporated into the Project.

34. PDS is indebted to ABC for the balance of the purchase price due in the principal amount of $126,219.07 for the material provided to the Project pursuant to the Purchase Order contract.

35. ABC has satisfied all conditions precedent to bringing an action on the Payment Bond and is entitled to collect from the Payment Bond and Whiting-Turner, Fidelity, Zurich and Liberty Mutual the principal amount of $126,219.07, plus interest accruing at the contractual rate of 1½% per month through August 22, 2015 in the amount of $22,719.36; interest continuing to accrue after August 22, 2015 in the monthly amount of $1,893.28; and costs, attorneys' fees and litigation expenses.

## COUNT II
## BREACH OF CONTRACT – PDS

36. ABC restates and incorporates herein by reference paragraphs 1 through 32 of its Complaint as if fully restated herein.

37. PDS and ABC entered into the Purchase Order contract and subsequent Change Order to supply certain metal building systems and components to the Project.

38. ABC designed and fabricated the metal building system and related components and supplied all material to the Project.

39. Despite supplying the material and satisfying all conditions precedent to payment, PDS failed to pay the balance of the purchase price of $126,219.07 due and owing to ABC under the contract.

40. PDS's failure to pay the $126,219.07 constitutes a breach of the Purchase Order contract.

41. As a result of PDS's breach of contract, ABC has been damaged in the principal amount of $126,219.07, plus interest accruing at the contractual rate of 1½% per month through August 22, 2015 in the amount of $22,719.36; interest continuing to accrue after August 22, 2015 in the monthly amount of $1,893.28; and costs, attorneys' fees and litigation expenses.

42. ABC seeks judgment against PDS, Whiting-Turner, Fidelity, Zurich and Liberty Mutual, jointly and severally, for the following items of damage amongst others:

(a) in the principal amount of $126,219.07;

(b) plus interest accrued through August 22, 2015 in the amount of $22,719.36;

(c) interest continuing to accrue from August 22, 2015 in the monthly amount of $1,893.28;

(d) plus reasonable attorneys' fees, costs and expenses of litigation; and

(e) such other and further relief as this Court deems proper.

WHEREFORE, plaintiff, ABC, hereby demands judgment against defendants, PDS, Whiting-Turner, Fidelity, Zurich and Liberty Mutual, in an amount greater than $75,000.00 Dollars after a jury trial.

        RESPECTFULLY SUBMITTED
        ON BEHALF OF THE PLAINTIFFS

        By /s/_____
          Stephen P. Del Sole
          Fed Bar No.: ct04493
          Rene Gerard Martineau
          Fed Bar No.: ct07680
          DEL SOLE & DEL SOLE, LLP
          46 South Whittlesey Avenue
          Wallingford, CT   06492-4102
          Telephone:        203-284-8000
          Fax: 203-284-9800
          Stephen@delsoledelsole.com
          Rene@delsoledelsole.com