# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN BUILDINGS COMPANY and ) <br> THE UNITED STATES FOR THE USE ) <br> AND BENEFIT OF AMERICAN ) <br> BUILDINGS COMPANY ) <br>         Plaintiff ) <br> V. ) <br> ) <br> PDS ENGINEERING & ) <br> CONSTRUCTION, INC., THE WHITING- ) <br> TURNER CONTRACTING COMPANY, ) <br> FIDELITY AND DEPOSIT COMPANY ) <br> OF MARYLAND, ZURICH AMERICAN ) <br> INSURANCE COMPANY, and LIBERTY ) <br> MUTUAL INSURANCE COMPANY, ) <br>         Defendants. ) | CIVIL ACTION NO.: 3:15-CV-01295-JAM <br><br><br><br><br><br><br><br><br><br><br><br><br><br> OCTOBER 13, 2015 |

## **STIPULATION FOR DISMISSAL**

The plaintiff, American Buildings Company (The United States for the Use and Benefit of American Buildings Company), hereby stipulates and agrees that the plaintiff's action against the defendants PDS Engineering & Construction, Inc., The Whiting-Turner Contracting Company, Fidelity and Deposit Company of Maryland, Zurich American Insurance Company and Liberty Mutual Insurance Company, shall be dismissed, with prejudice and without costs to any parties.

THE PLAINTIFF

By /s/_____
    Stephen P. Del Sole
    Fed Bar No.: ct04493
    DEL SOLE & DEL SOLE, LLP
    46 South Whittlesey Avenue
    Wallingford, CT   06492-4102
    Telephone:        203-284-8000
    Fax: 203-284-9800
    Stephen@delsoledelsole.com

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing was provided, pursuant to the applicable Rules of Practice, on this date to the following:

PDS Engineering & Construction, Inc.
c/o Dennis C. Cavanaugh, Esq.
Robinson & Cole, Esq.
280 Trumbull Street
Hartford, CT 06103

Whiting-Turner, Inc.
c/o Agent for Service
CT Corporation Systems
1 Corporate Center, 11th Floor
Hartford, CT 06103

Fidelity & Deposit Company
c/o Agent For Service
Katharine L. Wade
Insurance Commissioner, State of CT
153 Market Street, 11th Floor
Hartford, CT 06103

Zurich American Insurance Company
c/o Agent For Service
Katharine L. Wade
Insurance Commissioner, State of CT
153 Market Street, 11th Floor
Hartford, CT 06103

Liberty Mutual Insurance Company
c/o Agent For Service
Katharine L. Wade
Insurance Commissioner, State of CT
153 Market Street, 11th Floor
Hartford, CT 06103

                                                               _____/s/_____
                                                                Stephen P. Del Sole